### Thomas William ELAM, Appellant, v. COM-MONWEALTH of Kentucky, Appellee.

Court of Appeals of Kentucky.

Oct. 23, 1953.

Robert B. Halloran, Morrison Fordyce, Newport, for appellant.

J. D. Buckman, Atty. Gen., William F. Simpson, Asst. Atty. Gen., for appellee.

PER CURIAM.

This record presents a motion for appeal from the Campbell Circuit Court by Thomas William Elam from judgments convicting him of the crime of keeping a house of ill fame. He was sentenced to one year in jail and assessed a fine of $200 on each indictment.

A consideration of the record discloses no error prejudicial to appellant's substantial rights and the judgments are affirmed.

### Paul TURNER et al., Appellants, v. Norman SMITH, Appellee.

Court of Appeals of Kentucky.

Oct. 23, 1953.

W. E. Faulkner, C. A. Noble, Hazard, for appellants.

Don A. Ward, Hazard, for appellee.

PER CURIAM.

Motion by Paul Turner and Standard Accident Insurance Company for an appeal from the Perry Circuit Court of a judgment for $500 for assault and battery recovered by Norman Smith. See previous appeal, Turner v. Smith, 313 Ky. 635, 232 S.W.2d 1006.

Considering the case on its merits, the Court finds no prejudicial error. The motion for an appeal is overruled, and the judgment stands affirmed.